612554

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Company: STEIN SAKS, PLLC PH: (201) 282-6500 x114
Address: One University Plaza HACKENSACK, NJ 07601

Index Number: 2:26-CV-02245-
SDW-LDW

Date Filed: 03/05/2026

Client's File No.:

*KEVIN ORCEL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

vs

*TIGHT LINES FLY FISHING LLC*

Plaintiff

Defendant

STATE OF __NJ__ , COUNTY OF __Ocean__ SS.: **AFFIRMATION OF SERVICE**

__Christopher Stewart__ , being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __3/16/2026__ at __4:07 PM__
at __372 US 46, PARSIPPANY, NJ 07054__ , deponent served the within
SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET

on: **TIGHT LINES FLY FISHING LLC** , therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to __John "Doe" (refused last name)__ and that deponent knew the person so served to be the _____ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
☐ and by Certified Mail # _____.

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** ☒ A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Gender: __M__ Race: __White__ Color of hair: __Brown__ Age: __35__ Height: __5'11__
Weight: __170__ Other Features: _____

**#8 WIT FEES** ☐ Subpoena Fee Tendered in the amount of

**#9 MILITARYSRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** ☐ _____

I affirm this __3/17/26__ (DATE), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

MAR 1 7 2026

Please Print Name Below Signature

Job # 612554

Christopher Stewart