**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KEVIN ORCEL,

Plaintiff,

v.

TIGHT LINES FLY FISHING LLC,

Defendant.

Case No. 26-cv-02245-SDW-LDW

**STIPULATION OF DIMSISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 9, 2026

STEIN SAKS, PLLC

By: *s/Yaakov Saks*
Yaakov Saks, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500 ext 101
E-mail: ysaks@steinsakslegal.com

*Attorneys for Plaintiff Kevin Orcel*

SILLS CUMMIS & GROSS P.C.

By: [signature]
Michael A. Baselice, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: 973-643-8269
E-mail: mbaselice@sillscummis.com

*Attorneys for Defendant Tight Lines Fly Fishing LLC*

**SO ORDERED.**

[signature]
Hon. Susan D. Wigenton
United States District Judge
Dated: June 10, 2026

20528365 v2